■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAVID KAE, Appellant. [673 NYS2d 617] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated November 20, 1995 (*People v Kae,* 221 AD2d 565), affirming a judgment of the Supreme Court, Kings County, rendered November 8, 1993.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see, Jones v Barnes,* 463 US 745). O'Brien, J. P., Santucci, Joy and Friedmann, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIAM KETCHAM, Appellant. [673 NYS2d 610] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (McKay, J.), rendered June 26, 1996, convicting him of criminal sale of a controlled substance in the third degree, upon a jury verdict, and imposing sentence. The appeal brings up for review the denial, after a hearing, of that branch of the defendant's omnibus motion which was to suppress physical evidence.

Ordered that the judgment is affirmed.

Contrary to the defendant's contention, the evidence elicited at the suppression hearing established that the police possessed probable cause to arrest him (*see, People v Mims,* 88 NY2d 99; *People v Crespo,* 207 AD2d 668). Accordingly, that branch of the defendant's motion which was to suppress the physical evidence recovered incident to that arrest was properly denied.

The defendant's remaining contention is without merit. Copertino, J. P., Thompson, Sullivan and Friedmann, JJ., concur.